IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY /ano/ D.C.

05 SEP 14 PM 12:0?

CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA

v.

MALLORY DREW

05cr20056-11-Ma

## ORDER ON ARRAIGNMENT

This cause came to be heard on **Sept. 14, 2005** the United States Attorney for this district appeared on behalf of the government, and the defendant appeared in person and with counsel:

NAME **Mr. O'Donnel** who is Retained/Appointed.

The defendant, through counsel, waived formal arraignment and entered a plea of not guilty.

All motions shall be filed within thirty (30) days from the date hereof unless, for good cause shown to a District Judge, such period is extended.

___ The defendant, who is not in custody, may stand on his present bond.
_✓_ The defendant, (not having made bond) (being a state prisoner) (being a federal prisoner) (being held without bond pursuant to BRA of 1984), is remanded to the custody of the U.S. Marshal.

_Diane K. Vescovo_
UNITED STATES MAGISTRATE JUDGE

CHARGES - 21:846
CONSPIRACY TO DISTRIBUTE CONTROLLED SUBSTANCE

Attorney assigned to Case: T. Colthurst

Age:


308

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 308 in case 2:05-CR-20056 was distributed by fax, mail, or direct printing on September 16, 2005 to the parties listed.

---

Ramsdale O'DeNeal
O'DeNEAL LAW FIRM
423 North Highland Ave.
Jackson, TN 38301

Thomas A. Colthurst
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Tony R. Arvin
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT